1  CAROL C. LAM
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                                                    07CR84-BEN
11 UNITED STATES OF AMERICA,      )    Magistrate Case No. 07MJ0013
                                  )
12                   Plaintiff,   )
                                  )    **STIPULATION OF FACT AND JOINT
13        v.                      )    MOTION FOR RELEASE OF
                                  )    MATERIAL WITNESS(ES) AND
14 JAIME JOSE MENDOZA,            )    ORDER THEREON**
                                  )
15                   Defendant.   )
   _____)    **(Pre-Indictment Fast-Track Program)**

16        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

18 Carla J. Bressler, Assistant United States Attorney, and defendant JAIME JOSE MENDOZA, by and

19 through and with the advice and consent of defense counsel, Thomas Scott Sims, Esq., that:

20        1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25 § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26 //

27 //

28 //

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **February 2, 2007.**

4. The material witness, Beatriz Ludena-Guizado, in this case:

   a. Is an alien with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about December 29, 2006;

   c. Was found in a vehicle driven by defendant at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

   d. Was paying $4,000 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

   c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jaime Jose Mendoza        2        07MJ0013

1  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
2  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
3  waives the right to confront and cross-examine the material witness(es) in this case.

4      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
5  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
6  further that defendant has discussed the terms of this stipulation and joint motion with defense
7  counsel and fully understands its meaning and effect.

8      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
9  immediate release and remand of the above-named material witness(es) to the Department of
10 Homeland Security for return to her country of origin.

11     It is STIPULATED AND AGREED this date.

12                                  Respectfully submitted,

13                                    CAROL C. LAM
14                                    United States Attorney

15 Dated: 1/16/07

16                                  CARLA J. BRESSLER
                                   Assistant United States Attorney

17 Dated: 1/15/07
18                                    THOMAS SCOTT SIMS
                                   Defense Counsel for JAIME JOSE MENDOZA

19
20 Dated: 1/15/07                                   JAIME JOSE MENDOZA
21                                    Defendant

22
23
24
25
26
27
28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jaime Jose Mendoza        3                        07MJ0013

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 1-16-07.

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jaime Jose Mendoza                                    4                                                    07MJ0013

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>Jaime Jose Mendoza )<br>)<br>Defendant(s) ) | CRIMINAL NO. 07CR84-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 02480298 |

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Beatriz Ludena-Guizado
~~25,000~~

DATED: 1-16-07

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062