UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 07CR084W |
| | ) MAGISTRATE NO. 07MJ0615 |
| Plaintiff, | ) |
| | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
| | ) MATERIAL WITNESS |
| GILBERTO GARCIA-BARRERA | ) |
| | ) JUAN VICENTE OLEA-IBARRA |
| Defendants. | ) |
| | ) |
| _____ | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bond deposited on behalf of the Material Witness, JUAN VICENTE OLEA-IBARRA is exonerated and all monies deposited for his bond are to be returned to the surety listed in the financial office of the Clerk.

To wit:

JULIA SANCHEZ
3048 K Street
San Diego, CA 92102

SO ORDERED:

DATED: May 3, 2007          *Ruben Brooks* for
                            HONORABLE ANTHONY J. BATTAGLIA
                            MAGISTRATE JUDGE OF THE
                            UNITED STATES DISTRICT COURT